IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TERRY HAYES**                                                                             **PETITIONER**

v.                                  **NO. 5:15-cv-00016 BRW**

**WENDY KELLEY, Director of the**                              **RESPONDENT**
**Arkansas Department of Correction**

## ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. No objections have been filed. After a *de novo* review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed is dismissed with prejudice. All requested relief is denied, and judgment will be entered for respondent Wendy Kelley.

A certificate of appealability is denied.[1]

IT IS SO ORDERED this 9th day of November, 2015.

                                                         /s/ Billy Roy Wilson
                                                         UNITED STATES DISTRICT JUDGE

---

[1] *See* Rule 11(a) of the Rules Governing Section 2254 Cases In The United States District Courts.