IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TERRY HAYES**                                                                                              **PETITIONER**

**v.**                                             **NO. 5:15-cv-00016 BRW**

**WENDY KELLEY, Director of the**                                                         **RESPONDENT**
**Arkansas Department of Correction**

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Wendy Kelley.

IT IS SO ORDERED this 9th day of November, 2015.


/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE